IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN MATTHEW ONEAL,

     Plaintiff,                      No. 2:12-cv-00967 GEB KJN PS

     v.

CITY OF SACRAMENTO,

     Defendant.                 ORDER

/

On April 12, 2012, defendant removed plaintiff's case from the Sacramento County Superior Court to this court.[1] On May 8, 2012, plaintiff filed a document entitled "Request-Clerk of Court to Enter Dismissal Without Prejudice," which seeks the dismissal of this case without prejudice and "as of right" (Dkt. No. 5). The court construes plaintiff's request as a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Dismissal under this rule requires no action on the part of the court, and the filing of a notice of voluntary dismissal divests the court of jurisdiction. See, e.g., United

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th
2  Cir. 2008).
3       The record in this case reflects that defendant has not filed an answer or motion
4  for summary judgment in this action.  Accordingly, plaintiff effectuated the dismissal of this case
5  upon filing his request, and no court order is required to dismiss this case.  However, the court
6  enters this order for the sake of clarity.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   Plaintiff's case is dismissed without prejudice.
9       2.   The Clerk of Court is directed to close this case and vacate all dates in this
10 case.
11      IT IS SO ORDERED.
12 DATED: June 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE